**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California

Case number (*If known*): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Bruin Directors Circle, LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 99-4220286 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 9100 Wilshire Blvd. | |
| Number    Street | Number    Street |
| #1000w | |
| | P.O. Box |
| Beverly Hills    CA    90212 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles County | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Bruin Directors Circle, LLC _____   Case number (*if known*)_____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY
        District _____  When _____  Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____
                                                              MM / DD / YYYY
        Case number, if known _____

| Debtor | Bruin Directors Circle, LLC | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____
_____
City                                    State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49            ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99           ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☑ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

| Debtor | Bruin Directors Circle, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/11/2025
MM / DD / YYYY

✗ _____    Jason Reitman
Signature of authorized representative of debtor    Printed name

Title  Manager

**18. Signature of attorney**

✗ /s/ Leslie Cohen    Date 06/11/2025
Signature of attorney for debtor    MM / DD / YYYY

Leslie Cohen
Printed name

Leslie Cohen Law PC
Firm name

1615-A Montana Avenue
Number    Street

Santa Monica    CA    90403
City    State    ZIP Code

3103945900    leslie@lesliecohenlaw.com
Contact phone    Email address

93698    CA
Bar number    State

Debtor  Bruin Directors Circle, LLC
Name

Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/11/2025
MM / DD / YYYY

X _(signature)_  Jason Reitman
Signature of authorized representative of debtor    Printed name

Title Manager

**18. Signature of attorney**

X _____    Date 06/11/2025
Signature of attorney for debtor       MM / DD / YYYY

Leslie Cohen
Printed name

Leslie Cohen Law PC
Firm name

1615-A Montana Avenue
Number   Street

Santa Monica                CA      90403
City                        State   ZIP Code

3103945900                  leslie@lesliecohenlaw.com
Contact phone               Email address

93698                       CA
Bar number                  State

# Bruin Directors Circle, LLC
## Balance Sheet
## As of 5/8/2025

### Assets

**Current Assets**

| | |
|---|---:|
| Cash-Commercial Accounts | 307,062.17 |
| **Total Current Assets** | **307,062.17** |

**Property and Equipment**

| | |
|---|---:|
| Land & Buildings | 129,028.45 |
| **Total of Property and Equipment** | **129,028.45** |

| | |
|---|---:|
| **Total Assets** | **436,090.62** |

### Liabilities and Members' Equity

### Liabilities

**Short Term Liabilities**

| | |
|---|---:|
| Due To | 380,000.00 |
| **Total Short Term Liabilities** | **380,000.00** |

| | |
|---|---:|
| **Total Liabilities** | **380,000.00** |

**Members' Equity**

| | |
|---|---:|
| Members' Capital-Beginning of Year | 24,266.53 |
| Net Income (Loss) For The Period | 31,824.09 |
| **Total Members' Equity** | **56,090.62** |

| | |
|---|---:|
| **Total Liabilities and Members' Equity** | **436,090.62** |

# Bruin Directors Circle, LLC
## Income Statement
### For the month and YTD ending 5/8/2025

|  | Year to Date at 5/31/2025 |
|---|---:|
| **Income From Operations** | |
| Rental Income | 107,117.28 |
| **Total Income From Operations** | **107,117.28** |
| | |
| **Operating Expenses** | |
| Legal Fees & Expenses | 56,738.00 |
| Utilities | 20,794.55 |
| Less-Reimbursed Expenses | (3,839.36) |
| **Total Operating Expenses** | **73,693.19** |
| | |
| **Net Income (Loss) From Operations** | **33,424.09** |
| | |
| **Net Income (Loss) Before Taxes** | **33,424.09** |
| | |
| **Income Taxes Paid or (Refunded)** | |
| Franchise-Current Estimate | 800.00 |
| Franchise-Prior Year | 800.00 |
| **Total Income Taxes Paid or (Refunded)** | **1,600.00** |
| | |
| **Net Income (Loss)** | **31,824.09** |

# 0808 - Bruin Directors Circle, LLC
## Statement of Deposits and Payments
### CNB Operating 128-641114  - (xxxxx1114)
### From January 1, 2024 - May 27, 2025

| Date | No. | Payee/Payor | Net Amt |
|---|---|---|---:|
| **Beginning Balance** | | | **$0.00** |
| **Deposits** | | | |
| 12/04/2024 | 1 | Jason Reitman<br>Transfer to Bruin Directors Circle LLC, From Jason Reitman Operating Account | 100,000.00 |
| 12/06/2024 | 2 | Jason Reitman<br>Transfer to Bruin Directors Circle LLC, From Jason Reitman Operating Account | 30,000.00 |
| 12/26/2024 | 3 | Jason Reitman<br>Transfer to Bruin Directors Circle LLC, From Jason Reitman Operating Account | 250,000.00 |
| **Total Deposits** | | | **380,000.00** |
| **Payments** | | | |
| 12/05/2024 | 10001 | Citadel EHS<br>Phase One ESA - Bruin Theate<br>Statement of Professional Services<br>From 08/26/24 Through 09/29/24. | 2,500.00 |
| 12/05/2024 | 10002 | Village Directors Circle, LLC<br>. | 5,589.50 |
| 12/05/2024 | 10003 | Glaser Weil Fink Howard Jordan & Shapiro, LLP<br>Matter ID: 0003 - Bruin Theater<br>Services Rendered Through<br>06/30/24. | 29,868.75 |
| 12/05/2024 | 10004 | Glaser Weil Fink Howard Jordan & Shapiro, LLP<br>Matter ID: 0003 - Bruin Theater<br>Services Rendered Through<br>04/30/24. | 6,952.50 |
| 12/05/2024 | 10005 | Glaser Weil Fink Howard Jordan & Shapiro, LLP<br>Matter ID: 0003 - Bruin Theater<br>Services Rendered Through<br>05/31/24. | 15,997.50 |
| 12/05/2024 | 10006 | Glaser Weil Fink Howard Jordan & Shapiro, LLP<br>Matter ID: 0003 - Bruin Theater<br>Services Rendered Through<br>08/31/24. | 17,935.20 |
| 12/05/2024 | 10007 | Glaser Weil Fink Howard Jordan & Shapiro, LLP<br>Matter ID: 0003 - Bruin Theater<br>Services Rendered Through<br>06/30/24. | 40,185.00 |
| 12/27/2024 | e1 | Marie Merrill Management Trust<br>Rent - Dec'2024 | 5,887.34 |
| 12/27/2024 | e2 | Martyn Family Living Trust<br>Rent - Dec'2024 | 5,887.34 |
| 12/27/2024 | e3 | Lily Martyn<br>Rent - Dec'2024 | 5,887.34 |
| 12/27/2024 | e4 | Marisa Martyn Rosenblatt<br>Rent - Dec'2024 | 5,887.34 |
| 12/27/2024 | e5 | Curti Family Trust<br>Rent - Dec'2024 | 2,896.52 |
| 12/27/2024 | e6 | Monty Curti<br>Rent - Dec'2024 | 1,347.22 |
| 12/27/2024 | e7 | Perla Hertrich Johnson<br>Rent - Dec'2024 | 3,529.71 |
| 12/27/2024 | e8 | Christopher G. Hertrich<br>Rent - Dec'2024 | 1,178.82 |

## 0808 - Bruin Directors Circle, LLC
## Statement of Deposits and Payments
### CNB Operating 128-641114  - (xxxxx1114)
### From January 1, 2024 - May 27, 2025

| Date | No. | Payee/Payor | Net Amt |
|---|---|---|---:|
| 12/27/2024 | e9 | Jennifer Hertrich<br>Rent - Dec'2024 | 1,178.82 |
| 01/06/2025 | 80000001 | LADWP<br>December | 4,286.02 |
| 01/07/2025 | 80000002 | The Gas Company<br>December | 268.04 |
| 01/16/2025 | e10 | McCartney Project Management, Inc<br>Project Management Services<br>July through November 2024 | 10,000.00 |
| 01/21/2025 | 80000003 | LADWP<br>11/16/24 - 12/18/24 | 7,461.98 |
| 01/21/2025 | 80000004 | Athens Services<br>January'2025 | 7,908.51 |
| 02/07/2025 | 10008 | RLS Services, Inc<br>Februarty 2025 | 435.00 |
| 03/05/2025 | 10009 | RLS Services, Inc<br>January 2025 | 435.00 |
| 03/07/2025 | e11 | Bruin Directors Circle, LLC<br>Transfer of net rental income to new property management account for expenses | 80,365.96 |
| 04/01/2025 | D12 | Franchise Tax Board<br>2025 Annual Tax<br>2024 Annual Tax | 1,600.00 |
| 05/01/2025 | e13 | Leslie Cohen Law PC<br>Engagement Letter Retainer | 56,738.00 |
| **Total Payments** | | | **322,207.41** |

**Adjustments**

| Date | No. | Payee/Payor | Net Amt |
|---|---|---|---:|
| 12/26/2024 | 82 | To Record check receipts Deposited by Scott | 57,946.98 |
| 01/07/2025 | 85 | To Record check receipts Deposited by Scott | 23,134.83 |
| 01/21/2025 | 140 | To Record check receipts Deposited by Scott | 18,988.43 |
| 01/23/2025 | 139 | To Record NSF Return December 2024 Rent Check from 936 Broxton, Inc | (7,985.36) |
| 02/06/2025 | 141 | To Record check receipts Deposited by Scott | 14,939.38 |
| 02/18/2025 | 142 | To Record check receipts Deposited by Scott | 27,816.70 |
| **Total Adjustments** | | | **134,840.96** |
| **Ending Balance** | | | **$192,633.55** |

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| *In re*<br><br>Bruin Directors Circle, LLC<br><br>　　　　　Debtor and<br>　　　　Debtor in Possession | Case No.  To Be Assigned<br><br>Chapter 11<br><br>**DECLARATION OF JASON REITMAN PURSUANT TO 11 U.S.C. § 1116(1)(B)** |

1

2      I, Jason Reitman, declare as follows:

3      1.     I am the Manager of Bruin Directors Circle, LLC ("Debtor").  I have personal

4 knowledge of the matters set forth below and, if called to testify, I would and could

5 competently testify thereto.

6      2.     I make this declaration pursuant to 11 U.S.C. §1116(1)(B).

7      3.     No tax returns have been prepared for the Debtor since it was formed

8 in 2024.

9     I declare under penalty of perjury that the foregoing is true and correct.

10     Executed on this 23rd day of June 2025 at Los Angeles, CA.

11

12

13

14                                           *Jason Reitman*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**Fill in this information to identify the case:**

Debtor name: Bruin Directors Circle, LLC

United States Bankruptcy Court for the: Central District of California

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Paul Daniel Eagleton et al<br>c/o Marisa Rosenblatt<br>414 Arbramar Avenue<br>Pacific Palisades, CA, 90272 | Marisa Rosenblatt<br>theatres2@aol.com | Rent | Disputed<br>Unliquidated<br>Contingent | | | 287,500.02 |
| 2 | Los Angeles Department of Water and Power<br>PO Box 30808<br>Los Angeles, CA, 90030-0808 | 800-499-8840 | Utility Services | | | | 7,312.19 |
| 3 | The Cinema Bridge LLC<br>2504 W 176th St.<br>Overland Park, KS, 66085 | cstilley@thecinemabridge.com | Services | | | | 5,000.00 |
| 4 | Athens Services<br>PO Box 54957<br>Los Angeles, CA, 90054-0957 | 800-327-3807 | Services | | | | 3,390.57 |
| 5 | Professional Security Consultants<br>11454 San Vicente Blvd., 2nd Flr<br>Los Angeles, CA, 90049 | Henry<br>310-207-7729<br>henrypsc@aol.com | Services | | | | 400.47 |
| 6 | Marsh and McLennan Agency LLC<br>8144 Walnut Hill Lane, 16th Floor<br>Dallas, TX, 75231 | Lauren Courtney<br>430 235 4623<br>Lauren.Courtney@MarshMMA.com | Suppliers or Vendors | | | | 0.00 |
| 7 | Centennial Real Estate Management, LLC<br>8750 N Central Expressway, Ste 1740<br>Dallas, TX, 75231 | 972-888-8000 | Services | | | | 0.00 |
| 8 | SoCal Gas<br>PO Box C<br>Monterey Park, CA, 91756-5111 | 800-427-2000 | Utility Services | | | | 0.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  Bruin Directors Circle, LLC    Case number (if known)_____
           Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Eagle Eye Construction<br>44314 Ryckebosch Lane<br>Lancaster, CA, 93535 | Troy Santos<br>213-610-8086<br>troyeagleye@aol.com | Suppliers or Vendors | | | | 0.00 |
| 10 | RLS Services, Inc.<br>PO Box 661969<br>Los Angeles, CA, 90066 | Hector Brito<br>213-290-8791<br>hector8891@icloud.com | Suppliers or Vendors | | | | 0.00 |
| 11 | Dewey Pest Control<br>PO Box 7114<br>Pasadena, CA, 91109-7214 | 310-829-1827 | Services | | | | 0.00 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leslie A. Cohen (SBN 93698)<br>J'aime Williams Kerper (SBN 261148)<br>LESLIE COHEN LAW PC<br>1615-A Montana Avenue<br>Santa Monica, CA 90403<br>T: 310.394.5900 F: 310.394.9280<br>leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com | |

☐ Debtor(s) appearing without attorney
☒ Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re: | CASE NO.: |
|---|---|
| Bruin Directors Circle, LLC | CHAPTER: 11 |
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 3 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 06/11/2025

_____ Jason Reitman, Manager
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                           F 1007-1.MAILING.LIST.VERIFICATION

Andrew J. Haley, Shoreline APC
233 Wilshire Blvd., Suite 280
Santa Monica, CA 90401


Athens Services
PO Box 54957
Los Angeles, CA 90054-0957


Centennial Real Estate Management, LLC
8750 N Central Expressway, Ste 1740
Dallas, TX 75231


Christopher Glenn Hertrich
PO Box 2948
Big Bear Lake, CA 92315


Dewey Pest Control
PO Box 7114
Pasadena, CA 91109-7214


Eagle Eye Construction
44314 Ryckebosch Lane
Lancaster, CA 93535


H. Jack Kakoian
620 N. Brand Blvd. Suite 404
Glendale, CA 91203


Jennifer Hertrich, Trustee of The Jennifer
Hope Hertrich Trust dated April 23, 2019
12129 Clarkson Road
Los Angeles, CA 90066

```
Joyce Curti
as Trustee of the Curti Family Trust
623 White Oak Lane
Newbury Park, CA 91320


Leo Martyn, as Trustee of the
Martyn Family Living Trust
PO Box 49263
Los Angeles, CA 90049


Lily Anna Martyn, as Sucessor Trustee of the
Martyn Family Living Trust
1120 Scottswood Drive
Monument, CO 80132


Los Angeles Department of Water and Power
PO Box 30808
Los Angeles, CA 90030-0808


Marisa Martyn Rosenblatt
438 North Lucerne Blvd.
Los Angeles, CA 90004


Marsh and McLennan Agency LLC
8144 Walnut Hill Lane, 16th Floor
Dallas, TX 75231


Monty Curti, as Trustee
of the Monty Curti Trust dtd May 3, 2004
137 McAfee Court
Thousand Oaks, CA 91360


Paul Daniel Eagleton et al
c/o Marisa Rosenblatt
414 Arbramar Avenue
Pacific Palisades, CA 90272
```

**Paul Daniel Eagleton et al**
**c/o Lily Anna Martyn**
**1120 Scottswood Drive**
**Monument, CO 80132**


**Paul Daniel Eagleton, Executor of the**
**Estate of Maria Victoria Eagleton**
**1650 Helm #700**
**Las Vegas, NV 89119**


**Perla Johnson, Trustee of the Perla Hertrich**
**Johnson Living Trust UTD February 2, 199**
**11950 Woodbine Street**
**Los Angeles, CA 90064**


**Professional Security Consultants**
**11454 San Vicente Blvd., 2nd Flr**
**Los Angeles, CA 90049**


**RLS Services, Inc.**
**PO Box 661969**
**Los Angeles, CA 90066**


**Shoreline, A Law Corporation**
**1299 Ocean Avenue, Suite 400**
**Santa Monica, CA 90401-1007**


**SoCal Gas**
**PO Box C**
**Monterey Park, CA 91756-5111**


**The Cinema Bridge LLC**
**2504 W 176th St.**
**Overland Park, KS 66085**